**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1473**

_____

JAMES T. BROWN,

                                  Plaintiff - Appellant,

       versus

ROBERT M. DORAN; K. KEELEY,

                                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge. (CA-02-1019-1)

_____

Submitted: November 18, 2004       Decided: November 23, 2004

_____

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James T. Brown, Appellant Pro Se. Jonathan Samuel Cohen, Paula Keyser Speck, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James T. Brown appeals from the district court's orders dismissing his complaint for lack of jurisdiction and denying his motion for reconsideration. We have reviewed the record and the district court's memorandum and opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Doran, No. CA-02-1019-1 (M.D.N.C. Dec. 3, 2003 & Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED